FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0370

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0370

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICKEY RODNEY PAYNE,

Defendant and Appellant.

FILED

DEC 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Mickey Rodney Payne appeals from his April 22, 2019 judgment of conviction in the Montana Thirteenth Judicial District Court, Yellowstone County, on the offenses of: (1) felony Criminal Mischief (Count I) in violation of § 45-6-101, MCA; (2) felony Criminal Mischief (Count II) in violation of § 45-6-101, MCA; (3) misdemeanor Assault (Count III) in violation of § 45-5-201, MCA; (4) misdemeanor Criminal Mischief (Count IV) in violation of § 45-6-101, MCA; and (5) misdemeanor Criminal Mischief (Count V) in violation of § 45-6-101, MCA. Payne asserts, *inter alia*, that the District Court erroneously designated and sentenced him in this case on Counts I and II as a persistent felony offender pursuant to § 46-18-501, MCA (repealed 2017 Mont. Laws ch. 321, § 40), based on a predicate felony conviction that did not occur until after he committed the felonies at issue in this case.

By notice, filed November 30, 2020, the State concedes pursuant to *State v. Running Wolf*, 2020 MT 24, 398 Mont. 403, 457 P.3d 218, that the District Court erroneously sentenced Payne as a persistent felony offender on the offenses of felony Criminal Mischief (Counts I and II) in this case. The State accordingly concedes to vacation of those sentences and remand for resentencing.

Upon consideration of Payne's Opening Brief and the State's Notice of Concession, and finding good cause thereon,

IT IS HEREBY ORDERED that Payne's sentences on the offenses of felony Criminal Mischief (Counts I and II), as imposed in this matter under his April 22, 2019 judgment of conviction in the underlying matter of *State v. Payne*, Cause No. 15-0517, are hereby vacated and this matter is remanded for resentencing on Counts I and II and entry of a conforming amended judgment of conviction and sentence on Counts I through V.

The Clerk of this Court is hereby respectfully ordered to serve copies of this order on counsel of record for both parties and the presiding judge of the District Court.

Dated this 8th day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2